The Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAMELA K. FITZSIMMONS, ) | |
| ) | |
| Plaintiff, ) | No. C05-5321JKA |
| ) | |
| v. ) | STIPULATION FOR AND ORDER OF |
| ) | DISMISSAL OF ALL CLAIMS WITH |
| THE COLUMBIAN PUBLISHING ) | PREJUDICE AND WITHOUT COSTS |
| COMPANY dba THE COLUMBIAN, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that all claims by and between plaintiff PAMELA K. FITZSIMMONS and defendant THE COLUMBIAN PUBLISHING COMPANY dba THE COLUMBIAN, have been fully compromised and settled and that any and all claims in this lawsuit between those parties

/ / /

/ / /

/ / /

/ / /

STIPULATION FOR AND ORDER OF DISMISSAL OF ALL
CLAIMS WITH PREJUDICE AND WITHOUT COSTS - 1
Case No. 05-5321JKA

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212

00079953.DOC /

1   may now be dismissed with prejudice and without costs or fees to any party.

2         This motion is supported by the accompanying Declaration of Edwin A. Harnden.

3

4   IT IS SO STIPULATED:

5   ALTSCHUL LAW OFFICE, PC        BARRAN LIEBMAN LLP

6

7   By:_____/s/_____    By:_____/s/_____
        Andrew Altschul, WSBA No. 32025        Edwin A. Harnden, WSBA No. 32478

8                                                                Brenda K. Baumgart, OSB No. 99216
                                                              *Pro Hac Vice*

9   Attorney for Plaintiff                      Of Attorneys for Defendant

10  Dated:  March  7 , 2006             Dated:  March  7 , 2006

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION FOR AND ORDER OF DISMISSAL OF
ALL CLAIMS WITH PREJUDICE AND WITHOUT
COSTS - 2
Case No. 05-5321JKA
00079953.DOC /

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

**ORDER**

THIS MATTER having come before the above-entitled Court upon the foregoing Stipulation of the Parties, and the Court having reviewed the foregoing stipulation, and deeming itself fully advised, it is now, therefore, hereby

ORDERED, ADJUDGED, AND DECREED as follows:

(1)   The foregoing Stipulation of the parties for the dismissal of the claims by and between plaintiff PAMELA K. FITZSIMMONS and defendant THE COLUMBIAN PUBLISHING COMPANY dba THE COLUMBIAN with prejudice and without costs, is hereby GRANTED.

(2)   Any and all claims by and between PAMELA K. FITZSIMMONS and defendant THE COLUMBIAN PUBLISHING COMPANY dba THE COLUMBIAN, arising out of the subject matter of this litigation, whether or not asserted in this matter, are hereby dismissed with prejudice and without costs or fees to any party.

DONE IN OPEN COURT this 8th day of March, 2006.

/s/ J. Kelley Arnold
United States Magistrate Judge

STIPULATION FOR AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND WITHOUT COSTS - 3
Case No. 05-5321JKA

**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

00079953.DOC /

1  Presented By:

2     BARRAN LIEBMAN LLP

3

4     By  /s/ Edwin A. Harnden
       Edwin A. Harnden, WSBA No. 32478
5         Brenda K. Baumgart, OSB No. 99216
       *Pro Hac Vice*
6         Attorneys for Defendant
       The Columbian Publishing Company

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION FOR AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND WITHOUT COSTS - 4
Case No. 05-5321JKA
00079953.DOC /

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212

# CERTIFICATE OF SERVICE

I, Brenda K. Baumgart, certify under penalty of perjury under the laws of the State of Washington that, on the 7th day of March, 2006 I caused to be served on the person listed below in the manner shown:

STIPULATION FOR AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND WITHOUT COSTS

**Andrew Altschul**
ALTSCHUL LAW OFFICE, PC
117 SW Taylor Street, Suite 200
Portland, OR 97204

**Attorneys for Plaintiff**

By causing the same to be:  ☒ emailed   ☐ hand delivered   ☐ faxed to them a true and correct copy thereof.

By /s/ Edwin A. Harnden
Edwin A. Harnden, WSBA No. 32478
Brenda K. Baumgart, OSB No. 99216
*Pro Hac Vice*
Attorneys for Defendant The Columbian Publishing Company

00079953.DOC /